AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

REY DAVID VARGAS

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV205-131

JAMES LANIER, WARDEN, WAYNE STATE PRISON; ETAL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated January 6, 2006, adopting the Report and Recommendation of the Magistrate Judge; judgment is hereby entered granting Respondents' Motion to dismiss and this case stands dismissed.

EOD  1/6/06

| | |
|---|---|
| JANUARY 6, 2006 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03